Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| RAY WYATT; NENNETTE WYATT; PATRICK WYATT | Case No. ED CV18-01832 DMG (GJS) |
| *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ✓ Yes ☐ No |
| -v- | |
| KELLY HANSEN ; PAT WOOD, and DOES 1 to 10, Inclusive | |
| *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RAY WYATT ; NENNETTE WYATT ; PATRICK WYATT |
| Street Address | 23250 RANCHO MIRLO RD., |
| City and County | MURRIETTA, RIVERSIDE COUNTY |
| State and Zip Code | CA 92562 |
| Telephone Number | N/A |
| E-mail Address | N/A |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | KELLY HANSEN |
| Job or Title (if known) | N/A |
| Street Address | 23250 RANCHO MIRLO RD. |
| City and County | MURRIETA, RIVERSIDE COUNTY |
| State and Zip Code | CA 92562 |
| Telephone Number | N/A |
| E-mail Address (if known) | N/A |

Defendant No. 2

| | |
|---|---|
| Name | PAT WOOD |
| Job or Title (if known) | N/A |
| Street Address | 23250 RANCHO MIRLO RD. |
| City and County | MURIETTA, RIVERSIDE COUNTY |
| State and Zip Code | CA 92562 |
| Telephone Number | N/A |
| E-mail Address (if known) | N/A |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title (if known) | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address (if known) | N/A |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title (if known) | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address (if known) | N/A |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 USC 1331 - 1441, & ARTICLE III U.S. CONSTITUTION PROVISIONS

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* _____

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* N/A , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b. If the defendant is a corporation

The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* N/A , and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

PER 28 USC, 1331-1446, INCLUDING, BUT NOT LIMITED TO, INDIVIDUAL CIVIL RIGHTS PERTAINING TO THE CONSTITUTION OF THE UNITED STATES, FEDERAL JURISDICTION IS APPLICABLE AND JUSTIFIED AS THE AMOUNT IN CONTROVERSY INCLUDES, BUT IS NOT LIMITED TO $500,000.00.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    Plaintiff's Denial of Right to Due Process and constitutional rights per improper and illicit activities on the part of the defendants. This action cites: Stalking, harrassment, assault, citizen's arrest, theft, animal abuse, illegal sanction of utilities, discrimination, and slander, attributed to Defendant's multiple violations of ignoring proper judicial and constitutional rights procedures.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    Plaintiffs reallege, and incorporate by reference, all preceding allegations implemented in this Complaint as fully set forth herein. Plaintiff's Denial of Right to Due Process and constitutional rights per improper activities, both servicing and otherwise, and including, but not limited to, improper and illicit activities on the part of both defendants (See exhibits, included). This action cites: Stalking, harrassment, assault, citizen's arrest, theft, animal abuse, illegal sanction of utilities, discrimination, and slander, attributed to Defendant's multiple violations of ignoring plaintiffs' proper judicial and constitutional rights.

Accordingly, Plaintiffs also seeks monetary and punitive damages in the amount of $ 500,000.00.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   08/24/2018

Signature of Plaintiff   *[signatures]*
Printed Name of Plaintiff   RAY WYATT, NENNETTE WYATT, PATRICK WYATT

### B. For Attorneys

Date of signing:

Signature of Attorney        N/A
Printed Name of Attorney     N/A
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

it start thru a friend of mine her name was lori she told me her friend pat needed helped with his horses, cleaning his house etc so she gave me his number so i call him and he told me about the property if we interested come see it and that we could keep our animals our camel etc, so we drove up and look at it and we said yes — WE MOVED IN.

ONE year goes by when we meet **jerry rhoades** and **kelly** .

they told us they didnt trust **pat wood**, because he was drunk and to over see the property take care of it we told them sure no problem as time, . only time we saw them was once a year they just really never came around.

jerry rhoads mention to me that he has partner kelley so that his divorce wife wouldnt get his property etc other words he wanted to hid assest from his ex wife,. jerry told me that one day at the property.

Exhibit 1

we move on 02/08 23250 rancho mirlo rd murrietta ca, 92562

next day i started to work for pat wood cleaning his house.

i went along with it because we needed a place to live and our animals ie camel,llama,dogs cat one thing led to another from house cleaning, ironing,grocery shopping,make his bed doing laundry,cooking,washing dishes we told to provide 20 hrs hard labor per week feeding his horses,bath,work them,clean stalls,while he sat in the house .

was understood water and electric,trash was paid by pat wood or owners on nov 12,2012

Kelly Hansen
Pat Wood

Exhibit 2

ray and i was working in event when our son patrick wyatt had call us stating that **pat wood** assault because he wasnt feeling good because he went to the dentist to get his teeth pulled **pat wood** physical attack him with rake [Assault] and was told him to leave the property knowing that my son had no way to leave so he walk toward the gate with him righ and locked the power box behind hitting back of leg with rake as soon as he was outside the gate and standing by the rock wall when **pat wood** kick **pat wyatt** back of the leg and told that he wasnt off the property our son patrick call us again, to let us know he wasnt at the house so we told him go to dennys and wait for us we came home to take care off our animals and his horses,

Exhibit 3

my husband and my self water and feed his horses when out of the blue he pick up a shovel and (assault) my husband ray wyatt with a shovel and crack open his head he had to get stitches, the police took a report and went to arrest pat wood that day.

two days later he gave a us a verbal eviction notice of 30 days. when that didnt work he shut off our power and locked the power box so we couldnt turn it on.

Exhibit 4

So then we had to **call the police again** to have him turn it back on. The whole time this is going on he called the owners.

jeffery and kelly and saying that we were bad people and threw wild parties, drank alot and was doin drugs. The owner comes by and we tell him whats been goin on and he then tells pat wood to leave us alone.

But that didnt stop him, **pat wood** then procedes to call on us about everything and anything that he assumed was happening. Later he proceeded to get blitzed and steal our pet rabbit out of our laundry room and let two of our dogs loose.

Exhibit 5

After **flavius** had learned that his pets were missing he called **raymond** his father and told him what happened and **raymond told flavius to call the police**.

Even after all of this **pat wood still** <u>continued to harass us for the next two years</u>. Until the owners had had enough of his accusations and harassments, but pat wood took 6 months to leave during that time i quit working for him because when i was washing his dishes he came out of the shower and drop his robe, he was totally naked i left and refuse to return then one day i was taking a shower and i looked up and pat wood was stand by my bathroom window and there he was.

Exhibit 6

i mention all this to the owners and nothing was done about it. pat wood would watch us thru his window as we drove off and came home. pat wood would hid the shadows. because of pat wood we lost our 350 dually truck and out f250 truck

(Stalking)

Exhibit 7

So one day the owners so up to talk to us and find out what going on. So we told them, and they told Pat to leave us alone.

That didn't set well with Pat wood. So he decided to spy on us.

He would walk around the trailer. Hide in the trees, and come in our trailer when were not home. Until one day when Nennette was taking a shower and noticed Him (Pat wood) standing on the hill Behind the trailer watching Her take a shower.

The spying didn't stop Pat wood still walk around the trailer only at night. This went on for quite some time.

Stalking

But He continued to send the owners E-mails about us almost on a daylly Bases.

It made liveng Here very uncomfortble But, we stayed to do what we were asked and that is to watch the property

Exhibit 8

Pat wood assaulted Patrick wyatt in the morning following Veterans day 2016. He chased him off the property and Strcc him off the property. Ray & **Harassment** Nennette wyatt got Home that Evening and Pat wood Started to Verbaly abuse Ray & nennett. He then picked up a Rack and Struck Ray over the **Assault** Head. Ray got in his car and Left as not to make things worse. He then went to the Dennys that is close by and called the Police. the paramedics showed up as well, and took care of Ray and sent Him to the Hospital where He got 6 Stiches in His Forehead. The Police took a report and went to **Did they arrest Pat Wood?** go arrest Pat Wood.

Two days Later Pat wood trys to get me & nennette and petrich to leave with a Hand writen 30 day notice

EXHIBIT 9

~~$300,000~~ → $500,000 (Pat wood)

*[margin: theft]*
*[margin: animal abuse]*

When we didn't leave. Pat wood decided to come over and steal are rabbit of the porch and let are dogs go Lose. We got the dogs Back But had to call the police to get the rabbit Back because He took it in his house.

*[margin: illegal]*
*[margin: sanction of utilities]*

About a month go's by and pat wood decides He's going to turn off are power and lock it up so it can't be turned Back on. So again we had to call the police to force Him to turn back the power.

*[margin: discrimination]*
*[margin: harrassment]*
*[margin: slander]*

Now the hole time Pat wood is doing these things to us. He is calling, texting and E-mailing Jeffery and kelley the owers, telling the ower that we are bad people and that we need to go. that we are doing Drugs and having wild party's and getting Druck. total Lie's we don't do any of that ever.

619-213-2557

EXHIBIT 10

But we could never leave as a family one of us was always Home we just didn't trust Him.

Untill the owners had had enough of Pat wood and told him He Had to move. But He stayed and we were ask to keep an eye on Him and they want to know if He moved. So in order to get Him to move We made it Look Like we all had to move in order to get Him to move. which it Finnely worked.

We have been watching the porpty ever sence.

EXHIBIT 11